UNITED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN MARINO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CV0767 AGF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on review of the file. Defendant has been given an extension of time up to and including August 29, 2008, to file an answer in this case.

**IT IS HEREBY ORDERED** that within the time frame Defendant has to file an answer in this case, Defendant shall also file a response to Plaintiff's motion (Doc. #4) for leave to join his wife as a Plaintiff in the case.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 14th day of August, 2008